ACCEPTED
15-25-00165-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/19/2025 11:09 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00165-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/19/2025 11:09:57 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE FIFTEENTH COURT OF APPEALS
## AUSTIN, TEXAS

**Tap Rock Operating, LLC,**

*Appellant,*

v.

**Texas Fabco Solutions, Inc.,**

*Appellee.*

On Appeal from the 424th District Court, Blanco County, Texas
Trial Court Cause No. CV09710
Hon. Evan Stubbs, Presiding

### APPELLANT'S UNOPPOSED MOTION FOR
### EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellant Tap Rock Operating, LLC ("Appellant") respectfully request a 31-day extension to file their Appellant's brief under Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), and would respectfully show the Court as follows:

Appellant's brief is currently due on **Friday, November 21, 2025**. Appellant's request an extension of 31-days from the current deadline,

making Appellant's brief due **Monday , December 22, 2025**. *See* Tex. R. App. P. 4.1(a).

This is Appellant's first request for an extension of time for this deadline.

Counsel for Appellees Texas Fabco Solutions, Inc. are unopposed to this motion.

Counsel for Appellant's relies on the following facts in support of their request for additional time:

- Cause No. 05-25-01241-CV; *In re Poly Trucking, Inc. and Poly-America, L.P.;* in the Fifth Court of Appeals of Dallas, Texas (Reply in Support of Petition for Writ of Mandamus on November 3, 2025);

- Cause No. 14-25-00444-CV; *Juan Chavez v. Charles Giraud and Abigail Giraud;* in the Fourteenth Court of Appeals of Houston, Texas (Appellee's Brief filed November 5, 2025);

- Cause No. 24-0213; *John P. Boerschig v. Rio Grande Electric Cooperative, Inc.;* in the Supreme Court of Texas (Oral Argument on November 6, 2025);

- Cause No. 25-0739; *Garrett Wilder v. Centerpoint Energy Houston Electric, LLC;* in the Supreme Court of Texas (Response to Petition for Review filed November 10, 2025);

- Cause No. 24434; *Ashley McPike and Jordan McPike v. Montgomery Transport LLC, et al.;* in the 258th Judicial District Court of Trinity County, Texas (Trial beginning November 12, 2025);

- Cause No. 22-08-41280-MCV; *Cruz Garcia Ramirez v. Jose Luis Martinez Suarez and Co-Nor, LLC;* in the 293rd Judicial District Court of Maverick County, Texas (Trial beginning November 12, 2025);

- Cause No. 02-25-00160-CV; *Williams v. Hurricane Harbor, LP et al.;* in the Second Court of Appeals of Fort Worth, Texas (Appellee's Brief filed November 14, 2025);

- Cause No. 2023-06680; *Ivonne Salazar v. A1E Group, LLC*; in the 55th Judicial District Court of Harris County, Texas (Trial beginning November 17, 2025);

- Cause No. 26601; *Bobby Morris, Sr. v. Odum Services, LLC and Jose Manuel Salomon*; in the 76/276th Judicial District Court of

Morris County, Texas (Prepared and Attended Trial November 17, 2025);

- Cause No. 01-23-00704-CV; *Industrial Specialist, LLC v. Blanchard Refining Company LLC and Marathon Petroleum Company LP;* in the First Court of Appeals of Houston, Texas (Oral Argument on November 18, 2025);

- Cause No. 04-25-00351-CV; *City of San Antonio, San Antonio Police Department, Joe Vidal and Daniel Moynihan v. Jimmy Martin, GGL Vendor Leasing LLC, and JLM Games, Inc.*; in the Fourth Court of Appeals of San Antonio, Texas (Appellees' Brief Due November 19, 2025);

- Cause No. 01-25-00751-CV; *Jun Jin Heavy Industry Co. Ltd., Jun Jin Construction & Robot Co. v. Epifanio Mondragon and Dora Salgado, Individually and a/n/f D.M., S.M., and L.M, minors;* In First Court of Appeals of Houston, Texas (Appellant's Brief Due November 20, 2025);

- Cause No. 02-25-00339-CV; *Ethan Howard v. Bryan Williams;* in the Second Court of Appeals of Fort Worth, Texas (Appellant's Brief Due November 24, 2025);

4

- Case No. 1:22-cv-00599-KG/JFR; *Hurtado v. AM Transport Services, Inc., et al.;* in the United States District Court for the District of New Mexico (Deadline to Submit Witness List, Exhibit List, and Jury Instructions November 7, 2025, Deadline to Submit Objections to Opposing Parties Instructions November 12, 2025, Deadline to Submit Objections to Exhibits November 18, 2025, and Deadline to Submit Brief Joint Statement of the Case and Trial Briefs November 25, 2025, Pretrial on November 20, 2025);

- Cause No. 2023CVF001411D3; *Jose Manuel Anchondo v. Trout Trucking Company, Inc.;* in the 341st District Court of Webb County, Texas (Attending Trial November 19, 2025 through November 21, 2025);

- Cause No. C-22-01-0036-CV; *Robey Neeley v. Lyft Inc., Liberty Mutual Fire Insurance Company and Liberty County Mutual Insurance Company;* in the 244th Judicial District Court of Ector County, Texas (Preparing for Oral Argument December 3, 2025) and

- Cause No. 23DCCV0902; *Walter Harris v. Ellen May and Allstate Fire and Casualty Insurance Company;* in the 136th District Court of Jefferson County, Texas (Attend Hearing on Defendant's Motion for New Trial and in Alternative, Motion for Remittitur on December 17, 2025).

## PRAYER

For the reasons stated herein, Appellant's respectfully request that the Court issue an order extending the time for filing Appellant's brief in this matter to December 22, 2025, and for all other and further relief to which Appellant's may be entitled.

Respectfully submitted,

*/s/Jessica Z. Barger*

Jessica Z. Barger
State Bar No. 24032706
Heidi J. Gumienny
State Bar No. 24036696
Maha Ghyas
State Bar No. 24138115
WRIGHT CLOSE BARGER & GUZMAN, LLP
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321 (Phone)
(713) 572-4320 (Facsimile)
barger@wrightclosebarger.com
gumienny@wrightclosebarger.com
mghyas@wrightclosebarger.com

AND

M. Matt Jett
State Bar No. 24068684
Tim Redden, Jr.
State Bar No. 24099654
HALL MAINES LUGRIN, PC
2800 Post Oak Blvd., Suite 6400
Houston, Texas 77056
(713) 871-9000 (Phone)
(713) 871-8962 (Facsimile)
mjett@hallmaineslugrin.com
tredden@hallmaineslugrin.com

**COUNSEL FOR APPELLANT
TAP ROCK OPERATING, LLC**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on all counsel of record electronically through the electronic filing manager (www.efiletexas.gov) on this 19th day of November 2025.

*/s/Jessica Z. Barger*
Jessica Z. Barger

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sandra Silva on behalf of Jessica Barger
Bar No. 24032706
silva@wrightclosebarger.com
Envelope ID: 108223760
Filing Code Description: Motion
Filing Description: 251119 Appellant's Unopposed Motion for Extension for Extension of Time to File Brief
Status as of 11/19/2025 12:06 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jessica Z.Barger | | barger@wrightclosebarger.com | 11/19/2025 11:09:57 AM | SENT |
| Heidi J.Gumienny | | gumienny@wrightclosebarger.com | 11/19/2025 11:09:57 AM | SENT |
| Matt Jett | | mjett@hallmaineslugrin.com | 11/19/2025 11:09:57 AM | SENT |
| Tim Redden, Jr. | | tredden@hallmaineslugrin.com | 11/19/2025 11:09:57 AM | SENT |
| Larry D.Warren | | lwarren@namanhowell.com | 11/19/2025 11:09:57 AM | SENT |
| Maha Ghyas | | mghyas@wrightclosebarger.com | 11/19/2025 11:09:57 AM | SENT |